UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
BEST BRANDS CONSUMER :
PRODUCTS, INC., :
:
                       Plaintiff, :     17-cv-4593 (VSB)
:
         -against- :     **ORDER**
:
VERSACE 19.69 ABBIGLIAMENTO :
SPORTIVO S.R.L, et al., :
:
                     Defendant. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    ORDERED that the conference scheduled for November 22, 2019, at 11:00 a.m., is adjourned to December 19, 2019, at 11:30 a.m. All directive in my Order of October 31, 2019, remain in effect. (Doc. 69).

SO ORDERED.

Dated:  November 20, 2019
         New York, New York

                                              Vernon S. Broderick
                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2019