UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEST BRANDS CONSUMER PRODUCTS,
INC.,

                      Plaintiff,         17-CV-4593 (VSB)

    - against -                  **ORDER**

VERSACE 19.69 ABBLIGLIAMENTO
SPORTIVO S.R.L., et al.

                     Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

<u>VERNON S. BRODERICK, United States District Judge</u>

      ORDERED that the status conference scheduled for December 19, 2019, is adjourned to January 24, 2020, at 10:30 a.m. All directives in my Orders of October 31, 2019, (Doc. 69) and December 3, 2019, (Doc. 71), remain in effect.

SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge