

Via ECF
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 1/27/2020

The status conference is hereby adjourned to February 20, 2020 at 11:00 a.m.

Re:   *Best Brands Consumer Products Inc. v. Versace 1969
       Abbigliamento Sportivo S.R. L.,* Case No. 1:17-cv-04593 (VSB)

Dear Judge Broderick:

We represent Plaintiff Best Brands Consumer Products, Inc. ("Best Brands") in this matter. We are writing to request that the status conference currently scheduled for January 24, 2020 at 10:30 a.m. be rescheduled to later that day. Alternatively, Plaintiff requests that the conference be adjourned to a later date pending action on Plaintiff's request for an Order to Show Cause on a Default Judgment against Defendant Papadas.

The reason for this request is that lead counsel for Plaintiff is an Adjunct Professor at the Benjamin N. Cardozo School of Law, and has a teaching commitment the morning of January 24th until noon (which is the beginning of a new semester). Counsel is available, however, later that day from 12:30pm until approximately 2:30pm.

Clarification is also requested whether the conference is in-person or telephonic. (Past conferences have been conducted telephonically, but it is unclear from the docket whether the present conference is meant to be telephonic or in-person).

This is Plaintiffs' first request for an adjournment of this conference. The conference was previously scheduled for December 19, 2019 and was adjourned *sua sponte* by the Court to the current January 24, 2020 date.

Defendants Papadas and Versace 19.69 consent to this request. Defendant Valero has neither consented nor opposed, but merely repeated that it does not have counsel.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Morris E. Cohen*

Morris E. Cohen

cc:   Susan Valero, Valero Enterprises, (via email)
      Theofanis Papadas and Versace 19.69 (via email)