| Scott B. Richman, Esq. | RICHMAN LAW FIRM PLLC | 535 Fifth Avenue, 25th Floor |
|---|---|---|
| *Managing Member* | A Full Service Civil & Commercial | New York, New York 10017 |
| Direct: (646) 854-4252 | Litigation Firm | Main: (646) 854-3547 |

February 4, 2020

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

> Defendant Papadas's request to adjourn the February 20, 2020, Order to Show Cause hearing is Denied. Defendant Papadas's time to oppose the motion is extended one week, to February 12, 2020.
>
> SO ORDERED:
>
> *Vernon Broderick*
> HON. VERNON S. BRODERICK  2/5/2020
> UNITED STATES DISTRICT JUDGE

      Re:    Best Brands Consumer Products Inc. v. Versace 19.69
               Abbigliamento Sportivo S.R.L.
               Case No.: 1:17-cv-04593 (VSB)

Hon. Vernon S. Broderick:

      Please be advised that the undersigned has recently been retained by Versace 19.69 Abbigliamento Sportivo S.R.L. and Theofanis Papadas.

      The undersigned has just received a copy of the Order to Show Cause seeking a default judgment against the aforementioned parties which is returnable before your Honor on February 20, 2020. Pursuant to the Order of this Court dated January 21, 2020, the aforementioned Defendants were to have filed opposition to said Order to Show Cause within fourteen (14) days from service of this Order on Defendants by email to fanis.papadas@gmail.com and by Federal Express to the notice address listed for Defendants on the docket in this matter. It has come to the undersigned's attention that service may have been completed on January 22, 2020 by email. Therefore, Defendants have until tomorrow, February 5, 2020 to file opposition to the instant Order to Show Cause.

      Accordingly, Defendants hereby request a thirty-day extension of time to file opposition to said Order to Show Cause and to file a responsive pleading to the Complaint with same. In addition, Defendants hereby request an adjournment of the upcoming conference on February 20, 2020 to a later date convenient for your Honor. This is the Defendants' first request for an extension of time to put in opposition to the Order to Show Cause and to file a responsive pleading as well as for an adjournment of the aforementioned conference. Of note, on or about January 15, 2020, Defendants requested an adjournment of the aforementioned conference which was initially scheduled to be held on January 24, 2020. Said request was granted by your Honor and the conference was adjourned to February 20, 2020.

      Prior to the filing of this letter motion, Defendants spoke with counsel for Plaintiff, Morris Cohen regarding the instant application. Mr. Cohen indicated that he would have

to speak with Plaintiff regarding whether or not Plaintiff would consent to said application. Unfortunately, however, the press of the matter and the deadline being tomorrow created the necessity of having to file this letter immediately.  The undersigned will use this time to become familiar with the docket and the matter, continue to discuss the instant matter with Defendants as they are overseas and communication due to time zone differences has been difficult, and to allow Defendants to file said opposition and responsive pleading.

      The undersigned firm and Defendants appreciate your Honor's consideration of this request.  Should the Court have any further questions, feel free to contact the undersigned.

      Thank you very much in advance.

      Sincerely,

***/s/ Scott B. Richman***
Scott B. Richman, Esq.