```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
BEST BRANDS CONSUMER                                     :
PRODUCTS, INC.                                           :
                                                         :
                              Plaintiff,                 :   17-cv-4593 (VSB)
                                                         :
              -against-                                  :        ORDER
                                                         :
THEOFANIS PAPADAS, et al.                                :
                                                         :
                              Defendants.                :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 20, 2020, I held a hearing on Plaintiff's motion for an order to show cause for a default judgment against Defendant Theofanis Papadas. I Denied Plaintiff's motion for a default judgment, and directed the parties to file a letter on March 5, 2020, updating me as to the status of a case management plan and scheduling order, or if Defendant plans to file a motion to dismiss the case. (Doc. 87; Tr. at 32.) The parties have not filed such a letter. It is hereby:

ORDERED that the parties are to file a joint letter on or before May 8, 2020, updating me as to the status of a case management plan and scheduling order, or if Defendant plans to file a motion to dismiss the case.

SO ORDERED.

Dated: April 28, 2020
      New York, New York

Vernon S. Broderick
United States District Judge