USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
BEST BRANDS CONSUMER PRODUCTS, :
INC., :
:
                       Plaintiff, :      17-CV-4593 (VSB)
:
         -against- :          **ORDER**
:
VERSACE 19.69 ABBIGLIAMENTO :
SPORTIVO S.R.L, VALERO ENTERPRISES,:
INC., et al., :
:
                      Defendants. :
:
-----------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District <u>Judge</u>:

      On December 3, 2019, I entered defaults against Defendants Versace 19.69 Abbigliamento Sportivo S.R.L. ("Versace") and Valero Enterprises Inc. ("Valero"), and directed Plaintiff to move for a default against Defendant Theofanis Papadas ("Papadas"). (Doc. 71). On February 20, 2020, I held an Order to Show Cause hearing on Plaintiff's motion for a default judgment against Papadas. At the hearing I also heard Defendant's motion to vacate the default entered against Defendant Versace. (Doc. 71). I denied Plaintiff's motion for a default judgment against Defendant Papadas, and denied Defendant Versace's request to vacate the default. (See Transcript of Proceedings Feb. 20, 2020, Doc. 87). On April 30, 2020, Plaintiff filed a notice of Voluntary Dismissal as to Defendant Papadas. (Doc. 90). Accordingly, it is hereby:

      ORDERED that this case is referred to Magistrate Judge Ellis for an inquest on damages and attorneys' fees as to Defendants Versace and Valero.

SO ORDERED.

Dated: May 4, 2020
      New York, New York

_____
Vernon S. Broderick
United States District Judge