USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/13/2020_

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
BEST BRANDS CONSUMER              :
PRODUCTS INC.                     :
                                  :
          Plaintiff,              :       Civil Action No.:
                                  :
     vs.                          :       1:17-cv-04593 (VSB)(SDA)
                                  :
VERSACE 19.69 ABBIGLIAMENTO       :
SPORTIVO S.R.L., et al.           :
                                  :
          Defendants              :
-------------------------------------------------------- X
```

STEWART D. AARON, United States Magistrate Judge:

### [PROPOSED] REVISED SCHEDULING ORDER

It is hereby ORDERED that:

1.   The June 5, 2020 deadline for Plaintiff to serve and file Findings of Fact and Conclusions of Law is extended to August 4, 2020.

2.   The June 19, 2020 deadline for the Defendant's response to Plaintiff's Finding of Facts and Conclusions is extended to August 18, 2020.

3.   The June 23, 2020 telephonic Inquest Hearing to address Plaintiff's damages and attorney's fees be adjourned until a date and time of the Court's convenience after August 23, 2020.

4.   A Settlement Conference to be scheduled for June 23, 2020, on the date and time formerly scheduled for the Inquest Hearing, or at a date and time of the Court's convenience thereafter.

5.   *Ex Parte* Pre-Conference Submissions be due no later than 7 days before the Settlement Conference

**SO ORDERED.**
DATED:  May 13, 2020
New York, New York

_____ ---
STEWART D. AARON
United States Magistrate Judge