USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Best Brands Consumer Products, Inc.,

                    Plaintiff,

-against-

Versace 19.69 Abbigliamento Sportivo S.R.L. et al.,

                    Defendants.

1:17-cv-04593 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The telephonic Inquest Hearing previously scheduled for June 23, 2020 (*see* ECF Nos. 94 & 97) is adjourned until Wednesday, August 26, 2020 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             May 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge