```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Best Brands Consumer Products, Inc.,

                      Plaintiff,

-against-

Versace 19.69 Abbigliamento Sportivo S.R.L. et al.,

                      Defendants.

1:17-cv-04593 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       As set forth on the record during today's telephonic Inquest Hearing, Plaintiff may file on ECF, no later than September 9, 2020, a letter-brief not to exceed ten single-spaced pages limited to the issue of whether the indemnification provisions contained in the subject license agreement permit the recovery of attorneys' fees incurred in litigation between the parties to the agreement in light of the New York Court of Appeals decision in *Hooper Associates v. AGS Computers, Inc.*, 74 N.Y.2d 487 (1989). Any response on behalf of Defendant Versace 19.69 Abbigliamento Sportivo S.R.L. shall be filed no later than September 23, 2020 and shall not exceed ten single-spaced pages. Any reply by Plaintiff shall be filed no later than September 30, 2020 and shall not exceed five single-spaced pages.

SO ORDERED.

DATED:      New York, New York
               August 26, 2020

                                                      */s/ Stewart D. Aaron*
                                                      STEWART D. AARON
                                                      United States Magistrate Judge