APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/8/2022

The briefing schedule provided by Judge Aaron did not call for reply briefs. Accordingly, Docs. 128 and 129 will not be considered and the Clerk of the Court is respectfully directed to strike them.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEST BRANDS CONSUMER PRODUCTS INC.,

                        Plaintiff,

         -against-

VERSACE 19.69 ABBIGLIAMENTO SPORTIVO
S.R.L., *et al.*

                       Defendants.
-----------------------------------------------------------------X

Civil Action No.
1:17-cv-04593 (VSB)(SDA)

NOTICE OF MOTION

**DEFENDANT VERSACE 19.69 ABBIGLIAMENTO SPORTIVO S.R.L.'S
NOTICE OF MOTION OF ITS MOTION TO STRIKE
BEST BRANDS' REPLY BRIEF TO ITS OBJECTIONS TO AND APPEAL-IN-PART
FROM MAGISTRATE JUDGE AARON'S REPORT AND RECOMMENDATION**

**PLEASE TAKE NOTICE**, that upon the pleadings submitted herewith, dated November 6, 2020, the undersigned will move this Court, before the Honorable Vernon S. Broderick, at the Thurgood Marshal United States Courthouse, located at 40 Foley Square, New York, NY, on a date designated by the Court for an order striking Plaintiff Best Brand's Reply Brief to its Objections to and Appeal-in-Part From Magistrate Judge Aaron's Report and Recommendation and its supporting Declaration (ECF Docket Nos. 128 and 129), and for such other relief this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that alternatively, Defendant requests leave to file its own reply to its Objections to the Report (Dkt. 124).

Date:    November 7, 2020
           Forest Hills, NY                      GABRIEL & PELAEZ, PLLC

                                                          By:  /s/ *Michael G. Gabriel*
                                                     Michael G. Gabriel, Esq.

Email: michael@gandplaw.com
GABRIEL & PELAEZ, PLLC
72-11 Austin St., PMB No. 406
Forest Hills, NY 11375
p. (917) 515-3970

Scott Richman, Esq.
Email: srichman@richman-law-firm.com
Richman Law Firm PLLC
535 Fifth Avenue, Ste 25th Floor
New York, NY 10017
646-854-3547

*Attorneys for Defendants Versace 19.69*
*Abbigliamento Sportivo S.R.L.*