UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEST BRANDS CONSUMER PRODUCTS,
INC.,

                           Plaintiff,

    -against-                                          17 **CIVIL** 4593 (VSB)

## JUDGMENT

VERSACE 19.69 ABBIGLIAMENTO
SPORTIVO S.R.L. ET AL.,

                           Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 5, 2023, the Report and Recommendation is ADOPTED in its entirety. The awarded damages, prejudgment interest, and attorneys' fees are confirmed. Specifically, Plaintiff Best Brands is awarded the following, jointly and severally against Versace 19.69 and Valero: (1) damages in the amount of $90,882.71; (2) costs in the amount of $807.64; and (3) prejudgment interest in an amount to be calculated by the Clerk of the court at a rate of nine percent per annum beginning on February 11, 2015 as provided in the Order, in the amount of $68,707.33. Plaintiff Best Brands is also awarded attorneys' fees in the amount of $2,720 against Versace 19.69. Further, the motions to withdraw as counsel submitted by Scott Richman, (Doc. 102), and Michael Gabriel, (Doc. 103), are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       July 5, 2023

                                                                      **RUBY J. KRAJICK**

                                                                       _____
                                                                          **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                                          _____
                                                                          **Deputy Clerk**